In the Matter of JAMES J. O'BRIEN, Appellant, against LOUIS L. KAHN, a Justice of the City Court of the City of New York, Respondent.

Argued February 28, 1938; decided March 2, 1938.

*Herman Hoffman* for motion.

*James J. O'Brien*, in person, opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.